IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IT GROUP, INC., et al., | : |
| Debtor. | : |
| _____ | : |
| JOHN ACCARDI, et al., | : |
| Appellant, | : |
| v. | : Civil Action No. 04-146 JF |
| IT CORPORATION, et al., | : |
| Appellee. | : |

**O R D E R**

       WHEREAS, Appellee IT Corporation, et al. filed a Motion For Substitution Of Appellee (D.I. 28) pursuant to Federal Rule of Civil Procedure 25(c);

       WHEREAS, Appellant John Accardi, et al. have not filed an opposition to the Appellees' Motion;

       NOW THEREFORE, IT IS HEREBY ORDERED that

       1) The Motion For Substitution Of Appellee (D.I. 28) is **GRANTED**; and

       2) IT Litigation Trust shall be substituted for IT Corporation, et al. in the above-captioned case.

March 14, 2005
   DATE

*Joseph J. Farnan*
UNITED STATES DISTRICT JUDGE