IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| THE IT GROUP, INC., et al., : | |
| : | Bankruptcy Case No. 02-10118-MFW |
| Debtors. : | |
| : | |
| JOHN ACCARDI, et al., : | |
| : | |
| Appellants, : | |
| : | |
| v. : | Civil Action No. 04-146-JJF |
| : | **CONSOLIDATED** |
| IT CORPORATION, et al., : | |
| : | |
| Appellees. : | |
| : | |
| ROCHELLE BOOKSPAN, : | |
| : | |
| Appellant, : | |
| : | |
| v. : | |
| : | |
| THE IT GROUP, INC, et al., : | |
| : | |
| Appellees. : | |

### FINAL ORDER

At Wilmington, this 31 day of March 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED THAT:

1.  The February 3, 2004 Order of the Bankruptcy Court dismissing with prejudice the adversary proceeding captioned as John Accardi, et al., v. IT Corporation, et al., Adv. No. 02-05486-MFW is AFFIRMED.

2.  The February 26, 2004 Order of the Bankruptcy Court dismissing the adversary proceeding captioned as The IT Group,

Inc., et al. v. Rochelle Bookspan, Adv. No. 02-4756-MFW is

AFFIRMED.

                                                    UNITED STATES DISTRICT JUDGE