# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

**CIRCUIT COURT DOCKET NUMBER:** _____
**(leave blank)**

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

**DISTRICT COURT DOCKET NUMBER:** _____

_____

v.

**DISTRICT COURT JUDGE:** _____

_____

Notice is hereby given that _____
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[ ] Other (specify) _____

_____

entered in this action on _____
(date)

Dated: _____

_____
(Counsel for Appellant-**Signature**)

_____        _____
(Name of Counsel - **Typed**)                                   (Counsel for Appellee)

_____        _____
(Address)                                                                  (Address)

_____        _____
(City, State Zip)                                                       (City, State Zip)

_____        _____
(Telephone Number)                                              (Telephone Number)

**NOTE:** USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT—
ATTACHMENT

Caption of Case No. 04-147 (consolidated with 04-146, per order of the District Court entered March 30, 2005):

| | |
|---|---|
| **Rochelle Bookspan,** | : |
| | : |
| Appellant, | : |
| | : |
| v. | : |
| | : |
| **IT Litigation Trust,*** successor in interest to the IT Group, Inc., et al., | : |
| | : |
| | : |
| Appellees. | : |
| | : |

\* Substituted for Debtors per order of the District Court entered March 14, 2005


**Appellants:**

John Accardi, David Backus, Rochelle Bookspan, Stewart Bornhoft, Melissa Dubinsky, Dennis Fenn, John E. Foley, John P. Franz, William A. Gauntt, Tom Grimshaw, David Hickman, Warren Houseman, Stephen Kenney, James R. Mahoney, Thomas R. Marti, David W. Mayfield, Roy Mckinney, Bill Mcintosh, David C. McMurtry, Daniel C. Melchior III, Georgeann N. Morekas, William C. Paris, Polly Quick, Matt Radek, James M. Redwine, Kevin R. Smith, Louis Stout, Leonard Yamamoto, and Enzo Zoratto, each individually and on behalf of the IT Corporation Deferred Compensation Plan, eff. 1/1/96.


Bankruptcy Court Orders appealed from entered in *John Accardi et al. v. IT Corporation et al.,* Adv. No. 02-05486 (MFW) and in *The IT Group, Inc., et al. v. Rochelle Bookspan,* Adv. No. 02-04756 (MFW):

> *"Order"* [dismissing claims with prejudice] e. Feb. 3, 2004 (Accardi)
> *"Order"* [dismissing counterclaims with prejudice] e. Feb. 3, 2004
>     (Bookspan)
> *"Opinion"* e. Feb. 3, 2004 (Accardi & Bookspan)
> *"Final Order"* e. Feb. 26, 2004 (Bookspan)

**Counsel for Appellees:**

**Attorneys for the IT Litigation Trust, Successor in Interest to The IT Group, Inc., IT Corporation, and 68 affiliates/ subsidiaries in bankruptcy:**
John Cunningham, Esq.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Miami  FL  33131-2352
(305) 371-2700

**Attorneys for Carlyle Partners II, LP**
Thomas Patten, Esq.
Latham & Watkins
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
(202) 637-2228

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
PO Box 551
Wilmington, DE  19899
(302) 651-7531

**Attorneys for Anthony DeLuca**
Mark A. Willard, Esq.
Eckard, Seamans, Cherin
  & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000

Ronald S. Gellert, Esq.
Eckert Seamans Cherin
  & Mellott LLC
4 E 8th St Ste 200
Wilmington, De 19801
(302) 425-0430

**Attorneys for Francis J. Harvey**
Michael J. Prame, Esq.
Groom Law Group
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5893
(202) 857-0620

Thomas G. Macauley, Esq.
Zuckerman Spader LLP
919 Market Street, Suite 1705
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400

**Attorneys for Harry J. Soose**
Charles A. DeMonaco, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, Pa 15222-5402
(412) 392-5523

Roger D. Anderson, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Fl.
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400

## DECLARATION OF SERVICE

I, **Thomas A. Johnson**, hereby declare under penalty of perjury that that on April 15, 2005, a true and correct copy of the document captioned " Notice of Appeal to the U.S. Court of Appeals, Third Circuit," along with attachments, was served upon the persons listed on the attached Exhibit "A" in the manner indicated:

Dated: April 15, 2005
Santa Barbara, California

                                                           */s/ Thomas A. Johnson*
                                                          _____
                                                          **Thomas A. Johnson**


                                                          */s/ John M. Stull*
                                                          _____
                                                          **John Stull**

**Counsel for Appellees:**

**Attorneys for the IT Litigation Trust, Successor in Interest to The IT Group, Inc., IT Corporation, and 68 affiliates/ subsidiaries in bankruptcy:**
John Cunningham, Esq.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Miami  FL  33131-2352

**Attorneys for Carlyle Partners II, LP**
Thomas Patten, Esq.
Latham & Watkins
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304


Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
PO Box 551
Wilmington, DE  19899


**Attorneys for Anthony DeLuca**
Mark A. Willard, Esq.
Eckard, Seamans, Cherin
  & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219


Ronald S. Gellert, Esq.
Eckert Seamans Cherin
  & Mellott LLC
4 E 8th St Ste 200
Wilmington, De 19801


**Attorneys for Francis J. Harvey**
Michael J. Prame, Esq.
Groom Law Group
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5893

Thomas G. Macauley, Esq.
Zuckerman Spader LLP
919 Market Street, Suite 1705
P.O. Box 1028
Wilmington, DE 19899


**Attorneys for Harry J. Soose**
Charles A. DeMonaco, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, Pa 15222-5402


Roger D. Anderson, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Fl.
P.O. Box 410
Wilmington, DE 19899