## DECLARATION OF SERVICE

      I, **Thomas A. Johnson**, hereby declare under penalty of perjury that that on October 11, 2005, a true and correct copy of the document captioned:

EMERGENCY EX-PARTE REQUEST OF THE ACCARDI APPELLANTS AND ROCHELLE BOOKSPAN FOR TEMPORARY STAY OF ORDER RELEASING IT TRUSTEE FROM RESERVE ORDER AND AUTHORIZING DISTRIBUTION OF SCHEDULE C-1 RESERVE, AND FOR ORDER SETTING EXPEDITED BRIEFING SCHEDULE; MOTION FOR STAY, PENDING APPEAL, OF ENFORCEMENT OF ORDERS DISMISSING ADVERSARY PROCEEDINGS, OF ORDER RELEASING IT TRUSTEE FROM RESERVE ORDER AND AUTHORIZING DISTRIBUTION OF SCHEDULE C-1 RESERVE; REQUEST IN THE ALTERNATIVE FOR TEMPORARY STAY PENDING FILING OF REQUEST FOR EMERGENCY STAY WITH UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT; and

EXHIBITS 1-26 INCLUDING DECLARATION OF DR. JAMES MAHONEY; DECLARATION OF THOMAS A. JOHNSON; REQUEST FOR JUDICIAL NOTICE

was served upon the persons listed on the attached Exhibit "A" in the manner indicated, postage prepaid.

Dated: October 11, 2005
Santa Barbara, California

                                                                  */s/ Thomas A. Johnson*
                                                                  _____
                                                                     Thomas A. Johnson