**Exhibit A:**

**Attorneys for the IT Litigation Trust, Successor in Interest to The IT Group, Inc., IT Corporation, and 68 affiliates/ subsidiaries in bankruptcy:**
Ileana Cruz, Esq.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Miami FL 33131-2352
Phone: (305) 371-2700
**Via Overnight Mail**

Jeffrey Schlerf, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Phone: (302) 655-5000
**Via Overnight Mail**

**Attorneys for Carlyle Partners II, LP**
Thomas Patten, Esq.
Latham & Watkins
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2228
**Via Overnight Mail**

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
PO Box 551
Wilmington, DE 19899
Phone: (302) 651-7531
**Via Overnight Mail**

**Attorneys for Anthony DeLuca**
Mark A. Willard, Esq.
Eckard, Seamans, Cherin
 & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Phone: (412) 566-6000
**Via Overnight Mail**

Ronald S. Gellert, Esq.
Eckert Seamans Cherin
 & Mellott LLC
4 E 8th St Ste 200
Wilmington, De 19801
Phone: (302) 425-0430
**Via Overnight Mail**

**Attorneys for Francis J. Harvey**
Michael J. Prame, Esq.
Groom Law Group
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5893
Phone (202) 857-0620
**Via Overnight Mail**

Thomas G. Macauley, Esq.
Zuckerman Spader LLP
919 Market Street, Suite 1705
P.O. Box 1028
Wilmington, DE 19899
Phone: (302) 427-0400
**Via Overnight Mail**

**Attorneys for Harry J. Soose**
Charles A. DeMonaco, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, Pa 15222-5402
Phone: (412) 392-5523
**Via Overnight Mail**

Roger D. Anderson, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Fl.
P.O. Box 410
Wilmington, DE 19899
Phone: (302) 652-8400
**Via Overnight Mail**

**Not a party to appeal:**
**United States Trustee**:
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, De 19801
Phone: 302-573-6491
**Via U.S. Mail**