EXHIBIT "4"

093

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF **DELAWARE** | PROOF OF CLAIM |
|---|---|
| **Name of Debtor**<br>IT Corporation, The IT Group, Inc., and all of their affiliates and subsidiaries in bankruptcy (68 in number) | **Case Number**<br>02-10118, 02-10165, and all other case #s for the Debtors' affiliats/subs |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>Rochelle (Shelley) Bookspan | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars | |
|---|---|---|
| Name and address where notices should be sent<br>1807 Lasuen Rd.<br>Santa Barbara, California 93103<br>54599 | ☐ Check box if you have never received any notices from the bankruptcy court in this case<br>☐ Check box if the address differs from the address on the envelope sent to you by the court | DEBTOR IT GROUP, INC<br>FILED USBCDD<br>CASE NO 02-10118 THRU 02-10187<br>CLAIM NO.: 6951<br>THIS SPACE IS FOR COURT USE ONLY |
| Telephone number (805) 965-0629 | | |

| Account or other number by which creditor identifies debtor<br>Employee # 803442 | Check here if this claim ☐ replaces ☒ amends a previously filed claim, dated See Ex 1 |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☒ Taxes
- ☒ Other  Unfunded contributions to Deferred Compensation Plan, eff. 1/1/96

- ☐ Retiree benefits as defined in 11 U.S.C § 1114 (a)
- ☒ Wages, salaries, and compensation (fill out below)
  Your SS #: 299 - 46 - 3710
  Unpaid compensation for services performed
  from June 1997 to December 1999
     (date)           (date)

**2. Date debt was incurred:**  June 1997 - December 1999

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**  $ See Ex 1
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff)  Debtors' bankruptcy estate
Brief Description of Collateral
☐ Real Estate   ☐ Motor Vehicle
☒ Other  Debtor's bankruptcy estate

Value of Collateral $ 100 million (est)

Amount of arrearage and other charges at time case filed included in secured claim, if any  $ 0

**6. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ See Ex 1
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(3)
☒ Contributions to an employee benefit plan - 11 U S C § 507(a)(4)
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U S C § 507(a)(7)
☒ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a) ( _____ )
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**7. Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain  If the documents are voluminous, attach a summary

**9. Date-Stamped Copy:**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br>Dec 2, 2003 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>Thomas Johnson, for R Bookspan individually & on behalf of IT Corp DCP eff 1-1-96 |
|---|---|

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

B10

**ORIGINAL**

Exhibit 1
United States Bankruptcy Court
District of Delaware
*In re The IT Group, Inc., et al.*
Bankr. Case No. 02-10118; 02-10165, and all
additional case numbers for the Debtors' affiliates/subsidiaries in bankruptcy

## AMENDMENT TO PROOF OF CLAIM

1. This proof of claim amends the following proofs of claim: # 4015 (Backus, D.); ## 4016, 4017 (Bookspan, R.); # 4018 (Kenney, Stephen); # 4019 (Mahoney, James R.); # 4022 (Marti, Thomas R.); # 4023 (McMurtry, David); # 4024 (Smith, Kevin R.). Each of the foregoing proofs of claim were filed individually and on behalf of the IT Corporation Deferred Compensation Plan, Eff. 1/1/96 (the "Plan" or "DCP"). Each claimant asserts claims for, *inter alia,* unpaid minimum funding contributions owing to the Plan.

2. Subsequent to the filing of the above proofs of claim, the Claimant along with other plaintiffs in the adversary proceeding *Accardi et al v. IT Corporation et al.*, Adv. No. 02-05486, retrieved additional proofs of claim relating to unpaid benefits that, in turn, impact the Plan's claims for unpaid minimum funding contributions and the amount of the Plan's damages relating to the same. The Claimant and the Plaintiffs do not have proofs of claim and Statements of Account for at least 4 participants. Claimant calculates that the amount of unpaid benefits for approximately 60 participants, is $3,195,970, as of December 31, 2001, per Statements of Account provided by IT Corporation. Claimant's own Statement of Account as of December 31, 2001, is listed at $429,108.68

3. The Plan's damages for the failure to make contributions are the subject of expert testimony requiring a calculation of, *inter alia*, the projected retirement benefits provided by the Plan. *See, e.g., Carabba v. Randall Food Markets*, 145 F. Supp. 2d 763 (N.D. Tex. 2000). The retirement benefits include, without limitation, the interest accruing on each participant's account pursuant to paragraph 3.5 of the Plan. The calculation of projected retirement benefits will be based upon, in part and without limitation, the participants' account balances as of December 31, 2001.

4. The Plan's damages for prejudgment interest is the subject of expert testimony requiring a calculation of, inter alia, the interest accruing on each delinquent contribution as of the date the particular contribution came due under 29 USC section 1082. Due to the unavailability of expert analysis at this juncture regarding either of the foregoing issues, Claimant estimates the Plan's damages relating to unpaid minimum funding contributions to be, at least, $3,195,970.

1