EXHIBIT "7"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| THE IT GROUP, INC., et al., | ) | Case No. 02-10118 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| THE IT GROUP, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROCHELLE BOOKSPAN, | ) | |
| | ) | |
| Defendant. | ) | Adversary No. 02-4756 (MFW) |

## O R D E R

**AND NOW**, this **3rd** day of **February, 2004**, upon consideration of the Renewed Motions to Dismiss the counterclaims of the Defendant and the response thereto and for the reasons set forth in the accompanying Opinion, it is hereby

**ORDERED** that the Motions are **GRANTED**; and it is further

**ORDERED** that the counterclaim filed by the Defendant is **DISMISSED** with prejudice.

BY THE COURT:

_____
Mary F. Walrath
United States Bankruptcy Judge

159