EXHIBIT "11"

**Summary of Amounts Unilaterally Reserved By the IT Trustee in the First Distribution Motion**

| Name | Amount |
|---|---:|
| Accardi, John | 80956.46 |
| Backus, Dave | 83024.79 |
| Bookspan, Shelley | 429108.68 |
| Brown, Mary Lou | 7626.4 |
| Devarakonda, Murthy S. | 4650 |
| Fraxedas, Ricardo | 3269.22 |
| Gauntt, William A. | 122959.57 |
|  | 2144.43 |
| Gibbons, Frank | 4650 |
| Gooch, Jay | 4650 |
| Grimshaw, Thomas | 98082.63 |
| Hill, David L. | 4650 |
| Houseman, Warren | 3906 |
| Kenney, Stephen | 211079.04 |
| Kipness, Lew | 4650 |
| Kneuven, Tom | 4650 |
| Lees, Raymond E. | 4629.95 |
| Lewis, Richard W. | 4650 |
|  | 2250 |
| Linderg, Robert A. Jr. | 4650 |
| Mahoney, James | 303762.89 |
|  | 4650 |
| Marti, Thomas R. | 119616 |
| Mayfield, David | 29437 |
| McKinney, Roy | 13503.87 |
| McIntosh, William H. | 2400.06 |
| McMurtry, David C. | 77184.85 |
| Morekas, Georgeann | 32422.82 |
| Paris, William C. | 50335.98 |
| Redwine, Jim | 4650 |
| Santucci, Frederick J. | 4650 |
| Smith, Kevin R. | 213483.31 |
| Soose, Jr., Harry J. | 4650 |
| Streeter, David | 4650 |
| Sullivan, Kevin | 8781.7 |
| Yamamoto, Leonard | 67910.72 |
| Yuan, Henry H. | 4650 |
| Zoratto, Enzo | 4650 |
|  | 2037626.37 |