# IT Group

## SAP Reserve Amounts

In re: IT Group, Inc. et al.
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Claim Amount Secured | Administrative | Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| 2201 BROADWAY INVESTORS LLC<br>INSIGNIA ESG, INC<br>MORGAN MILLER & BLAIR<br>1676 N CALIFORNIA BLVD #200<br>WALNUT CREEK, CA 94596-4137 | 485 | $0.00 | $0.00 | $5,764.00 | $12,809.00 | $18,573.00 | $5,764.00 |
| AAA QUALITY SERVICES, INC<br>D/B/A POTTERS PORTABLE TOILETS<br>PO BOX 710<br>632 N BEN MADDOX WAY<br>VISALIA, CA 93279 | 4637 | $0.00 | $0.00 | $1,146.63 | $0.00 | $1,146.63 | $1,146.63 |
| AAA QUALITY SERVICES, INC D/B/A<br>POTTERS PORTABLE TOILETS<br>PO BOX 710<br>VISALIA, CA 93279 | 4638 | $0.00 | $0.00 | $4,523.04 | $0.00 | $4,523.04 | $4,523.04 |
| ABATEMENT SYSTEMS INC          BRO A/OK<br>P O BOX 773<br>BROKEN ARROW, OK 74013 | 1587 | $0.00 | $0.00 | $11,000.00 | $0.00 | $11,000.00 | $11,000.00 |
| ABBOTT, ORAN D<br>12620 NE WASCO<br>PORTLAND, OR 97230 | 873 | $0.00 | $0.00 | $7,600.00 | $0.00 | $7,600.00 | $7,600.00 |
| ACCARDI, JOHN<br>5125 MESQUITE STREET<br>CAMARILLO, CA 93012 | 3946 | $0.00 | $0.00 | $80,956.46 | $0.00 | $80,956.46 | $80,956.46 |
| ACCUTEST LABORATORIES OF NENG<br>2235 US HIGHWAY 130<br>DAYTON, NJ 08810-1414 | 1694 | $0.00 | $0.00 | $4,880.00 | $0.00 | $4,880.00 | $4,880.00 |
| ACEDERA, NESTOR O<br>98-410 KOAUKA LOOP #14D<br>AIEA, HI 96701 | 4565 | $0.00 | $0.00 | $4,650.00 | $3,055.70 | $7,705.70 | $4,650.00 |

Page 1

195

**IT Group**

**SAP Reserve Amounts**

In re: IT Group, Inc. et al.
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Secured | Administrative | Claim Amount Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| ARROW ENGINEERING & SURVEYING 222 E. STATE STREET, SUITE B EAGLE, ID 83616 | 2628 | $0.00 | $0.00 | $7,568.00 | $0.00 | $7,568.00 | $7,568.00 |
| ASSOCIATED SVCS 1040-C SHARY CT CONCORD, CA 94520 | 6374 | $0.00 | $0.00 | $718.45 | $654.05 | $1,372.50 | $718.45 |
| ASSOCIATED SVCS 1040-C SHARY CT CONCORD, CA 94520 | 6375 | $0.00 | $0.00 | $217.50 | $200.00 | $417.50 | $217.50 |
| ATLAS WATERSYSTEMS 86 LOS ANGELES STREET NEWTON, MA 02458 | 1649 | $0.00 | $0.00 | $18.36 | $0.00 | $18.36 | $18.36 |
| B2 EQUIPMENT CO, INC 3336 78TH AVENUE SE #101 PO BOX 576 MERCER ISLAND, WA 98040 | 577 | $60.00 | $0.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| BACKUS, DAVID L 43 WILDWOOD IRVINE, CA 92604 | 6950 | $0.00 | $0.00 | $83,024.79 | $0.00 | $83,024.79 | $83,024.79 |
| BAGGETT, STEPHEN M 415 BARNSGATE DRIVE COCHRANVILLE, PA 19330 | 4029 | $0.00 | $0.00 | $2,143.62 | $7,840.96 | $9,984.58 | $2,143.62 |
| BANKS INFORMATION SOLUTIONS PO BOX 12851 CAPITAL STATION AUSTIN, TX 78711-2851 | 1543 | $0.00 | $0.00 | $373.95 | $0.00 | $373.95 | $373.95 |

Page - 4

196

# IT Group

## SAP Reserve Amounts

| Name and Address of Claimant | Claim Number | Secured | Administrative | Claim Amount Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| BISHOP, DENNIS L. 1478 TOURMALINE ST. MERIDIAN, ID 83642 | 6861 | $0.00 | $0.00 | $253.20 | $0.00 | $253.20 | $253.20 |
| BLAINE INC., DBA RANCHO CHECK CASHING 3020 EXPLORER DRIVE, SUITE 7 SACRAMENTO, CA 95827 | 6592 | $0.00 | $0.00 | $1,795.66 | $0.00 | $1,795.66 | $1,795.66 |
| BLUE STREAK COURIER SERVICE PO BOX 993 VALLEY FORGE, PA 19482 | 1562 | $0.00 | $0.00 | $35.00 | $0.00 | $35.00 | $35.00 |
| BOC GASES/GASPRO 2305 KAMEHAMEHA HIGHWAY HONOLULU, HI 96819 | 6407 | $0.00 | $0.00 | $111.95 | $0.00 | $111.95 | $111.95 |
| BOLAKAS, JOHN F 5176 JUDSON DRIVE BENSALEM, PA 19020 | 4027 | $0.00 | $0.00 | $2,274.31 | $5,674.40 | $7,948.71 | $2,274.31 |
| BOLLIGER, ANTON O. 3543 ROLPH WAY EL DORAADO HILLS, CA 95762 | 3609 | $0.00 | $0.00 | $2,548.74 | $0.00 | $2,548.74 | $2,548.74 |
| BOOKSPAN, ROCHELLE (SHELLEY) 1807 LASUEN ROAD SANTA BARBARA, CA 93103 | 6951 | $0.00 | $0.00 | $429,108.68 | $0.00 | $429,108.68 | $429,108.68 |
| BOSS-COLE, IZZY V 244 MANSFIELD VILLAGE HACKETTSTOWN, NJ 07840 | 5319 | $0.00 | $0.00 | $100.00 | $0.00 | $100.00 | $100.00 |

Page 7

197

## IT Group
## SAP Reserve Amounts

In re: IT Group, Inc. et al .
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Claim Amount | | | | | Reserve Amount |
|---|---|---|---|---|---|---|---|
| | | Secured | Administrative | Priority | Unsecured | Total | |
| BOTTORF ASSOC INC        ORL/FL<br>6729 EDGEWATER COMMERCE PKWY<br>ORLANDO, FL 32810-4278 | 1644 | $0.00 | $0.00 | $327.00 | $0.00 | $327.00 | $327.00 |
| BRADLEY, PHILLIP<br>211 BRIARDALE AVE<br>CARY, NC 27519 | 3449 | $0.00 | $0.00 | $3,171.62 | $0.00 | $3,171.62 | $3,171.62 |
| BRADY, WARREN D.<br>2231 ALICE STREET<br>ZACHARY, LA 70791 | 5516 | $0.00 | $0.00 | $4,650.00 | $2,137.85 | $6,787.85 | $4,650.00 |
| BRAGG CRANE<br>13188 DAHLIA ST<br>FONTANA, CA 92337 | 3487 | $0.00 | $0.00 | $930.00 | $0.00 | $930.00 | $930.00 |
| BRENNAN RENTAL EQUIPMENT<br>1701 EAST DUVAL STREET<br>JACKSONVILLE, FL 32202 | 1539 | $0.00 | $0.00 | $55.64 | $0.00 | $55.64 | $55.64 |
| BRERETON, DAVID LEE<br>4185 SOUTH CLARKSON STREET<br>ENGLEWOOD, CO 80110-4761 | 630 | $0.00 | $0.00 | $1,406.16 | $0.00 | $1,406.16 | $1,406.16 |
| BROWN, MARY LOU<br>3017 CAMPBELL CIRCLE<br>LAS VEGAS, NV 89107 | 3819 | $0.00 | $0.00 | $7,626.40 | $71,448.28 | $79,074.68 | $7,626.40 |
| BROWNING-FERRIS INDUSTRIES<br>8100 OLD GRANGER<br>GARFIELD HEIGHTS, OH 44128 | 1885 | $0.00 | $0.00 | $36.29 | $0.00 | $36.29 | $36.29 |

Page 8

## IT Group
### SAP Reserve Amounts

| Name and Address of Claimant | Claim Number | Secured | Administrative | Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| | | | | Claim Amount | | | |
| DAT SERVICES DIV OF JUBITZ CORP 11000 SW STRATUS, STE 100 BEAVERTON, OR 97008 | 3492 | $0.00 | $0.00 | $8,951.60 | $0.00 | $8,951.60 | $8,951.60 |
| DATA STORAGE COMPANY INC 1706 LOUISVILLE DR KNOXVILLE, TN 37921-7103 | 1680 | $0.00 | $0.00 | $1,260.75 | $0.00 | $1,260.75 | $1,260.75 |
| DATTILIO, TERI A 6228 SUMMERVILLE LANE HAMILTON, OH 45011 | 4080 | $0.00 | $0.00 | $903.00 | $0.00 | $903.00 | $903.00 |
| DAVIS CRANE SERVICE 22600 COLLINS STREET WOODLAND HILLS, CA 91367 | 2667 | $0.00 | $0.00 | $680.00 | $0.00 | $680.00 | $680.00 |
| DELASANTA, DAVID W 138 MASTRO DR FRANKLIN, MA 02038 | 3550 | $0.00 | $0.00 | $1,896.01 | $0.00 | $1,896.01 | $1,896.01 |
| DESANTES, STEPHANIE M 16 CRANBURY BROOK DRIVE MILLSTONE TWP, NJ 07726 | 4386 | $0.00 | $0.00 | $1,343.43 | $0.00 | $1,343.43 | $1,343.43 |
| DEUTSCHE FINANCIAL SERVICE 950 WINTER STREET SUITE 2000 WALTHAM, MA 02451 | 6693 | $24,769.75 | $0.00 | $0.00 | $0.00 | $24,769.75 | $24,769.75 |
| DEVARAKONDA, MURTHY S 9448 CALLAWAY CIRCLE N.E. ALBUQUERQUE, NM 87111 | 4757 | $0.00 | $0.00 | $4,650.00 | $18,739.87 | $23,389.87 | $4,650.00 |

# IT Group

## SAP Reserve Amounts

In re: IT Group, Inc. et al.
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Claim Amount | | | | | Reserve Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Secured | Administrative | Priority | Unsecured | Total | |
| DUBINSKY, MELISSA L<br>1818 BEECHWOOD BLVD<br>PITTSBURGH, PA 15217 | 6130 | $0.00 | $0.00 | $1,409.43 | $0.00 | $1,409.43 | $1,409.43 |
| DUBINSKY, MELISSA L<br>1818 BEECHWOOD BLVD<br>PITTSBURGH, PA 15217 | 3200 | $0.00 | $0.00 | $892.51 | $34,661.91 | $35,554.42 | $892.51 |
| DUE DILLIGENCE, LLC<br>6110 N 12TH WAY<br>PHOENIX, AZ 85014 | 6476 | $0.00 | $0.00 | $451.00 | $0.00 | $451.00 | $451.00 |
| E&M ENGINEERS & SURVEYORS PC<br>24 DERRICK ROAD<br>BRADFORD, PA 16701 | 1684 | $0.00 | $0.00 | $550.00 | $0.00 | $550.00 | $550.00 |
| ECHOLS FURNITURE AND LEASING, INC<br>2009 DAYTON BLVD<br>CHATTANOOGA, TN 37415 | 275 | $0.00 | $0.00 | $1,998.00 | $0.00 | $1,998.00 | $1,998.00 |
| ECHOLS FURNITURE AND LEASING, INC<br>2009 DAYTON BLVD<br>CHATTANOOGA, TN 37415 | 274 | $0.00 | $0.00 | $528.88 | $0.00 | $528.88 | $528.88 |
| EDWARD C WHITNEY & SON, INC<br>PO BOX 474<br>WILMINGTON, MA 01887 | 6572 | $0.00 | $0.00 | $164.80 | $0.00 | $164.80 | $164.80 |
| EDWARDS, MICHAEL B.<br>PO BOX 113<br>CARNATION, WA 98014 | 1061 | $0.00 | $0.00 | $4,650.00 | $1,813.58 | $6,463.58 | $4,650.00 |

Page 29

200

**IT Group**

**SAP Reserve Amounts**

| Name and Address of Claimant | Claim Number | Secured | Administrative | Claim Amount Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| FARRIER, WILLIAM L 13986 SE RUSK ROAD MILWAUKIE, OR 97222 | 1124 | $0.00 | $0.00 | $3,178.61 | $0.00 | $3,178.61 | $3,178.61 |
| FEDEX CUSTOM CRITICAL PO BOX 371627 PITTSBURGH, PA 15251-7627 | 1800 | $0.00 | $0.00 | $165.00 | $0.00 | $165.00 | $165.00 |
| Fee Claim Reserve | 10000 | $0.00 | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 |
| FLEMING, JEFFREY L. 306 HOMEPARK RD. KINGSTON, TN 37763 | 1789 | $0.00 | $0.00 | $688.54 | $0.00 | $688.54 | $688.54 |
| FOLTZ, MICHAEL L 504 HATCHERS RUN CT STAFFORD, VA 22554 | 1559 | $0.00 | $0.00 | $97.24 | $0.00 | $97.24 | $97.24 |
| FOSTER, TRAVIS P 5648 AMERICAN AVENUE KLAMATH FALLS, OR 97603 | 841 | $0.00 | $0.00 | $1,775.81 | $0.00 | $1,775.81 | $1,775.81 |
| FRAXEDAS, RICARDO 3265 MAPLE LANE DAVIE, FL 33328 | 581 | $0.00 | $0.00 | $3,269.22 | $25,250.57 | $28,519.79 | $3,269.22 |
| FRONTIER WATER COMPANY 6513 GRACE PEARLAND, TX 77584 | 3567 | $0.00 | $0.00 | $13,216.92 | $0.00 | $13,216.92 | $13,216.92 |

Page 31

201

## IT Group
## SAP Reserve Amounts

In re: IT Group, Inc. et al .
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Secured | Administrative | Claim Amount Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| GATEWAY MANAGEMENT SERVICES 244 BRADENTON AVE DUBLIN, OH 43017 | 6824 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | $350.00 |
| GAUNTT, WILLIAM A 2009 PARTRIDGE RUN LANE KNOXVILLE, TN 37919-8967 | 3866 | $0.00 | $0.00 | $122,959.57 | $0.00 | $122,959.57 | $122,959.57 |
| GAUNTT, WILLIAM A 2009 PARTRIDGE RUN LANE KNOXVILLE, TN 37919-8967 | 3865 | $0.00 | $0.00 | $2,144.43 | $0.00 | $2,144.43 | $2,144.43 |
| GEE, DEAN SCOTT CROSBY 130 NORTH COURT AVENUE MEMPHIS, TN 38103 | 4270 | $0.00 | $0.00 | $2,482.68 | $12,630.14 | $15,112.82 | $2,482.68 |
| GENERAL ELECTRIC CAPITAL CORP C/O QUARLES&BRADY STREICH LANG LLP ATTN STEPHEN WADE NEBGEN, ESQ & PHOENIX ATTN BRIAN SIROWER, ESQ PHOENIX, AZ 85004-2391 | 6993 | $0.00 | $43,492.14 | $0.00 | $0.00 | $43,492.14 | $43,492.14 |
| GEOMATRIX CONSULTANTS INC 2101 WEBSTER ST FL 12 OAKLAND, CA 94612-3027 | 4688 | $0.00 | $0.00 | $5,400.00 | $0.00 | $5,400.00 | $5,400.00 |
| GIANCARLI CONSTRUCTION CORP ATTN PRES 78 WEST TAYLOR AVE TRENTON, NJ 08610 | 1564 | $0.00 | $0.00 | $10,260.00 | $0.00 | $10,260.00 | $10,260.00 |
| GIBBONS, FRANK W. 3574 PIERCE STREET SAN FRANCISCO, CA 94123 | 5177 | $0.00 | $0.00 | $4,650.00 | $32,163.15 | $36,813.15 | $4,650.00 |

Page 33

202

**IT Group**
**SAP Reserve Amounts**

In re: IT Group, Inc. et al.
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Secured | Administrative | Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| | | | | Claim Amount | | | |
| GODLEY, REBECCA S<br>2030 EAST MARSHALL<br>PHOENIX, AZ 85016 | 5665 | $0.00 | $0.00 | $3,765.40 | $0.00 | $3,765.40 | $3,765.40 |
| GODLOVE ENTERPRISE INC<br>933 HANAWALT ROAD<br>PO BOX 217<br>MONTICELLO, IN 47960 | 1971 | $0.00 | $0.00 | $175.00 | $0.00 | $175.00 | $175.00 |
| GOOCH, JAY<br>9118 ROYAL CREST LANE<br>RICHMOND, TX 77469 | 4269 | $0.00 | $0.00 | $4,650.00 | $12,764.46 | $17,414.46 | $4,650.00 |
| GOODMAN, ROBERT J<br>8187 FOX KNOLL DRIVE<br>WEST CHESTER, OH 45069 | 5554 | $0.00 | $0.00 | $164.00 | $0.00 | $164.00 | $164.00 |
| GOODWIN, RENEE<br>260 NW SUNDOWN WAY<br>PORTLAND, OR 97229 | 1086 | $0.00 | $0.00 | $4,650.00 | $1,288.75 | $5,938.75 | $4,650.00 |
| GORDON CONST<br>4529 ENGLISH CREEK DR<br>CINCINNATI, OH 45245 | 1827 | $50,361.10 | $0.00 | $0.00 | $0.00 | $50,361.10 | $50,361.10 |
| GRAY, PATRICK L.<br>12915 LAMESA LANE<br>KNOXVILLE, TN 37922 | 3956 | $0.00 | $0.00 | $3,487.73 | $0.00 | $3,487.73 | $3,487.73 |
| GREAT LAKES ANALYTICAL<br>1380 BUSCH PARKWAY<br>BUFFALO GROVE, IL 60089 | 5390 | $0.00 | $0.00 | $360.00 | $0.00 | $360.00 | $360.00 |

Page 34

IT Group

SAP Reserve Amounts

In re: IT Group, Inc. et al.
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Claim Amount | | | | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| | | Secured | Administrative | Priority | Unsecured | | |
| GREAT LAKES ANALYTICAL<br>1380 BUSCH PARKWAY<br>BUFFALO GROVE, IL 60089 | 5385 | $0.00 | $0.00 | $280.00 | $0.00 | $280.00 | $280.00 |
| GRIMM, LAWRENCE M<br>19226 161ST AVENUE NE<br>WOODINVILLE, WA 98072 | 2796 | $0.00 | $0.00 | $6,882.00 | $6,789.00 | $13,671.00 | $6,882.00 |
| GRIMSHAW, THOMAS W.<br>1308 SHANNON OAKS TRAIL<br>AUSTIN, TX 78746 | 1387 | $0.00 | $0.00 | $98,082.63 | $0.00 | $98,082.63 | $98,082.63 |
| GRINYER, WALTER B<br>C/O FMT CO CUST IRA<br>18875 DIEBENKORN CT<br>RIVERSIDE, CA 92508-8926 | 5521 | $0.00 | $0.00 | $677.00 | $0.00 | $677.00 | $677.00 |
| GROUND, BARBARA L<br>PO BOX 93838<br>LAS VEGAS, NV 89193 | 6031 | $0.00 | $0.00 | $1,183.85 | $0.00 | $1,183.85 | $1,183.85 |
| GROVE, BENJAMIN D JR<br>4100 COUNCIL ROCK ROAD<br>MARIETTA, GA 30068 | 743 | $0.00 | $0.00 | $4,650.00 | $1,988.00 | $6,638.00 | $4,650.00 |
| GTE HAWAIIAN TELEPHONE<br>PO BOX 2200<br>HONOLULU, HI 96841 | 4866 | $0.00 | $0.00 | $10,831.64 | $0.00 | $10,831.64 | $10,831.64 |
| GULFSTREAM WORLDWIDE, INC<br>5301 CENTRAL AVE NE #220<br>ALBUQUERQUE, NM 87108 | 339 | $1,096,048.71 | $0.00 | $0.00 | $0.00 | $1,096,048.71 | $1,096,048.71 |

Page 35

# IT Group
## SAP Reserve Amounts

| Name and Address of Claimant | Claim Number | Claim Amount | | | | | Reserve Amount |
|---|---|---|---|---|---|---|---|
| | | Secured | Administrative | Priority | Unsecured | Total | |
| HARRISON, RONNIE M<br>2100 BERRYWOOD DRIVE<br>KNOXVILLE, TN 37932 | 2827 | $0.00 | $0.00 | $819.34 | $0.00 | $819.34 | $819.34 |
| HARTUNG, PETER M. JR<br>3822 N. FREEMAN ROAD<br>ORCHARD PARK, NY 14127 | 4796 | $0.00 | $0.00 | $3,458.89 | $0.00 | $3,458.89 | $3,458.89 |
| HAWTHORNE RENT-IT SVC<br>C/O HAWTHORNE MACHINERY CO<br>16945 CAMINO SAN BERNARDO<br>SAN DIEGO, CA 92127 | 6490 | $0.00 | $0.00 | $11,938.18 | $0.00 | $11,938.18 | $11,938.18 |
| HERN, CATHERINE<br>326 COLUMBIA CIRCLE<br>BENICIA, CA 94510 | 4816 | $0.00 | $0.00 | $2,200.00 | $0.00 | $2,200.00 | $2,200.00 |
| HERNANDEZ, NICOLE F<br>3057 NE 95TH STREET<br>SEATTLE, WA 98115 | 953 | $0.00 | $0.00 | $1,877.54 | $0.00 | $1,877.54 | $1,877.54 |
| HERSHEY, DALE A<br>10872 HETZLER ROAD<br>MIDDLETOWN, OH 45042 | 2267 | $0.00 | $0.00 | $3,284.94 | $0.00 | $3,284.94 | $3,284.94 |
| HICKEY, STEPHEN J<br>1106 MARLOWE COURT<br>VACAVILLE, CA 28951 | 3592 | $0.00 | $0.00 | $3,480.00 | $0.00 | $3,480.00 | $3,480.00 |
| HILL, DAVID L.<br>1038 FARRINGTON DRIVE<br>WESTERVILLE, OH 43081 | 2848 | $0.00 | $0.00 | $4,650.00 | $16,805.51 | $21,455.51 | $4,650.00 |

Page 37

**IT Group**

**SAP Reserve Amounts**

| Name and Address of Claimant | Claim Number | Secured | Administrative | Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| | | | | Claim Amount | | | |
| HORNER PRODUCTS INC<br>104 LITTLE KILLARNEY BEACH<br>BAY CITY, MI 48706 | 1846 | $0.00 | $0.00 | $388.32 | $0.00 | $388.32 | $388.32 |
| HOUSEMAN, WARREN C<br>62 BARRI DRIVE<br>IRWIN, PA 15642 | 712 | $0.00 | $0.00 | $3,906.00 | $39,880.00 | $43,786.00 | $3,906.00 |
| HOYLE, WILLIAM A<br>RD 1 BOX 333C<br>LATROBE, PA 15650 | 5253 | $0.00 | $0.00 | $4,650.00 | $9,370.55 | $14,020.55 | $4,650.00 |
| IBM CORPORATION<br>815 MORAGA DRIVE<br>LOS ANGELES, CA 90049 | 4395 | $0.00 | $50,995.92 | $0.00 | $113,459.04 | $164,454.96 | $50,995.92 |
| INTERNAL REVENUE SERVICE<br>ATTN SUSANNE LARSON<br>INSOLVENCY GROUP 6<br>31 HOPKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 | 7023 | $0.00 | $0.00 | $8,800.00 | $0.00 | $8,800.00 | $8,800.00 |
| INTERNAL REVENUE SERVICE<br>C/O ELLEN W SLIGHTS, ESQ<br>ASSISTANT US ATTORNEY GENERAL<br>1201 MARKET STREET, SUITE 1100<br>WILMINGTON, DE 19899-2046 | 6942 | $0.00 | $0.00 | $3,600.00 | $0.00 | $3,600.00 | $3,600.00 |
| INTERNAL REVENUE SERVICE<br>C/O JOHN ASHCROFT, ATTORNEY GENERAL<br>US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE<br>WASHINGTON, DC 20530-0001 | 6943 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | $1,500.00 |
| INTERNATIONAL MAILING EQUIPMENT CO<br>336 N 12TH ST<br>SACRAMENTO, CA 95814-0510 | 6614 | $0.00 | $0.00 | $329.00 | $0.00 | $329.00 | $329.00 |

Page 39

IT Group

SAP Reserve Amounts

| Name and Address of Claimant | Claim Number | Secured | Administrative | Claim Amount Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| JUNGLING, SALLY M TTEE ELIZABETH H SCHOENFELD TR 492 PANAMA AVE CHICO, CA 95973 | 6321 | $0.00 | $0.00 | $10,400.00 | $10,000.00 | $20,400.00 | $10,400.00 |
| KALINAUSKAS, GEDIMINAS L. 9123 BRANCH VALLEY WAY ROSWELL, GA 30076 | 1679 | $0.00 | $0.00 | $2,928.43 | $0.00 | $2,928.43 | $2,928.43 |
| KAPP, RAYMOND M 27 ROOSEVELT AVE MIDDLETOWN, NY 10940 | 3847 | $0.00 | $0.00 | $3,249.42 | $0.00 | $3,249.42 | $3,249.42 |
| KARLESKINT-CRUM INCORPORATED C/O PHILLIPS GOLDMAN & SPENCE 1200 NORTH BROOM ST WILMINGTON, DE 19806 | 6740 | $706,885.26 | $0.00 | $0.00 | $0.00 | $706,885.26 | $706,885.26 |
| KELLY, PAULA J 4890 NW KAHNEETA DRIVE PORTLAND, OR 97229 | 813 | $0.00 | $0.00 | $2,320.60 | $0.00 | $2,320.60 | $2,320.60 |
| KELSALL, PETER C 9908 S ARTHUR LANE HIGHLANDS RANCH, CO 80130 | 1879 | $0.00 | $0.00 | $3,883.91 | $0.00 | $3,883.91 | $3,883.91 |
| KENNEY, STEPHEN (CASEY) C/O THOMAS A JOHNSON, ESQ ATTORNEY AT LAW 33 WEST MISSION ST STE 201 SANTA BARBARA, CA 93101 | 6952 | $0.00 | $0.00 | $211,079.04 | $0.00 | $211,079.04 | $211,079.04 |
| KENTUCKIANA COMFORT CTR 2716 GRASSLAND DR LOUISVILLE, KY 40299 | 1720 | $0.00 | $0.00 | $306.75 | $0.00 | $306.75 | $306.75 |

Page 42

207

**IT Group**

**SAP Reserve Amounts**

In re: IT Group, Inc. et al .
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Claim Amount | | | | | Reserve Amount |
|---|---|---|---|---|---|---|---|
| | | Secured | Administrative | Priority | Unsecured | Total | |
| KILEY, JOHN F<br>200 CANNON STREET UNIT #136<br>CRANSTON, RI 02920 | 1469 | $0.00 | $0.00 | $4,650.00 | $370.97 | $5,020.97 | $4,650.00 |
| KIPNESS, LEWIS I<br>518 JUSTICE DRIVE<br>MARLTON, NJ 08053 | 6211 | $0.00 | $0.00 | $4,650.00 | $10,725.94 | $15,375.94 | $4,650.00 |
| KIRBY, LAURA A<br>1045 PENNSYLVANIA AVE #302<br>DENVER, CO 80203 | 675 | $0.00 | $0.00 | $671.30 | $0.00 | $671.30 | $671.30 |
| KLOTZ, HOLLY L<br>4041 VIA MARISOL UNIT 309<br>LOS ANGELES, CA 90042 | 4380 | $0.00 | $17,487.90 | $0.00 | $0.00 | $17,487.90 | $17,487.90 |
| KNOX FIRE EXTINGUISHER<br>1201 UNIVERSITY AVENUE<br>KNOXVILLE, TN 37921 | 2575 | $0.00 | $0.00 | $795.64 | $0.00 | $795.64 | $795.64 |
| KNUEVEN, THOMAS W<br>601 CHALLEDON CT<br>CRANBERRY TOWNSHIP, PA 16066 | 1550 | $0.00 | $0.00 | $4,650.00 | $18,912.99 | $23,562.99 | $4,650.00 |
| KOSIK, NATYNA L<br>103 FAIRVIEW DR.<br>NESHANIC STATION, NJ 08835 | 5088 | $0.00 | $0.00 | $1,647.51 | $0.00 | $1,647.51 | $1,647.51 |
| KURITA WATER INDUSTRIES LTD<br>C/O KRONISH LIEB WEINER & HELLMAN<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 4384 | $0.00 | $50,000.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 |

Page 43

**IT Group**

**SAP Reserve Amounts**

In re: IT Group, Inc. et al .
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Secured | Administrative | Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| | | | | Claim Amount | | | |
| LA QUINTA INNS, INC<br>ATTN JEANETTE MOSLEY<br>CASH MANAGEMENT<br>112 EAST PECAN STREET<br>SAN ANTONIO, TX 78205 | 5336 | $0.00 | $0.00 | $10,480.71 | $0.00 | $10,480.71 | $10,480.71 |
| LANSFORD, TYSON C.<br>1455 CLARK RD.<br>SANTE FE, NM 87505 | 452 | $0.00 | $0.00 | $4,650.00 | $3,121.65 | $7,771.65 | $4,650.00 |
| LARKY, ADAM S<br>5100 CHESTERSHIRE COURT<br>WEST BLOOMFIELD, MI 48322 | 4040 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 |
| LARKY, ADAM S<br>5100 CHESTERSHIRE COURT<br>WEST BLOOMFIELD, MI 48322 | 4041 | $0.00 | $0.00 | $414.70 | $0.00 | $414.70 | $414.70 |
| LASER TEK, INC<br>6333 S PEORIA STE 104<br>TULSA, OK 74136 | 2584 | $0.00 | $0.00 | $145.69 | $0.00 | $145.69 | $145.69 |
| LEACH, FRANKLIN<br>17471 VILLAGE DRIVE<br>TUSTIN, CA 92780 | 4984 | $0.00 | $0.00 | $2,829.56 | $0.00 | $2,829.56 | $2,829.56 |
| LEES, RAYMOND E<br>116 BOBTAIL DR<br>PHOENIXVILLE, PA 19460 | 1081 | $0.00 | $0.00 | $4,629.95 | $0.00 | $4,629.95 | $4,629.95 |

Page 44

209

# IT Group

## SAP Reserve Amounts

In re: IT Group, Inc. et al.
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Secured | Administrative | Claim Amount Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| LEHANE, ANDREW D<br>1566 SHADY GLEN AVENUE<br>SANTA CLARA, CA 95050 | 6864 | $0.00 | $0.00 | $3,533.46 | $0.00 | $3,533.46 | $3,533.46 |
| LEHANE, ANDREW D<br>1566 SHADY GLEN AVENUE<br>SANTA CLARA, CA 95050 | 6867 | $0.00 | $0.00 | $3,533.46 | $0.00 | $3,533.46 | $3,533.46 |
| LEWIS, RICHARD W<br>5 MUNROE STREET<br>FOXBORO, MA 02035 | 4808 | $0.00 | $0.00 | $4,650.00 | $8,135.07 | $12,785.07 | $4,650.00 |
| LEWIS, RICHARD W<br>5 MUNROE STREET<br>FOXBORO, MA 02035 | 4806 | $0.00 | $0.00 | $2,250.00 | $0.00 | $2,250.00 | $2,250.00 |
| LEXINTON DRIVE WAREHOUSE<br>C/O BLUE RIDGE LEASING & MGMT, INC<br>2030 FALLING WATER RD SUITE 125<br>KNOXVILLE, TN 37922 | 6738 | $0.00 | $0.00 | $698.01 | $0.00 | $698.01 | $698.01 |
| LINDBERG JR., ROBERT A.<br>8 BELLVISTA<br>FOOTHILL RANCH, CA 92610 | 511 | $0.00 | $0.00 | $4,650.00 | $6,715.33 | $11,365.33 | $4,650.00 |
| LINZEY, TROY D.<br>13 FORDHAM ROAD<br>SOMERSET, NJ 08873 | 3319 | $0.00 | $0.00 | $1,502.85 | $0.00 | $1,502.85 | $1,502.85 |
| LOFHOLM, STEPHEN T<br>1217 TREHOWELL DRIVE<br>ROSEVILLE, CA 95678 | 5559 | $0.00 | $0.00 | $3,974.71 | $0.00 | $3,974.71 | $3,974.71 |

Page 45

**IT Group**

**SAP Reserve Amounts**

In re: IT Group, Inc. et al.
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Secured | Administrative | Claim Amount Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| LOGVINENKO, ANNA<br>C/O BRELAND & BRELAND<br>2207 HERMANN DRIVE<br>HOUSTON, TX 77004 | 1375 | $0.00 | $0.00 | $4,650.00 | $10,546.00 | $15,196.00 | $4,650.00 |
| LOGVINENKO, ANNA<br>C/O BRELAND & BRELAND<br>2207 HERMANN DRIVE<br>HOUSTON, TX 77004 | 6904 | $0.00 | $0.00 | $4,650.00 | $15,196.00 | $19,846.00 | $4,650.00 |
| LUDWIG BETCHART, INC<br>42270 OSGOOD ROAD<br>FREMONT, CA 94539 | 647 | $0.00 | $0.00 | $5,610.00 | $0.00 | $5,610.00 | $5,610.00 |
| LUKE, NAI CHIA<br>90 ADAMS DRIVE<br>BELLE MEAD, NJ 08502 | 5374 | $0.00 | $0.00 | $3,125.08 | $0.00 | $3,125.08 | $3,125.08 |
| LYNN, SHARON<br>1727 SUL ROSS #5<br>HOUSTON, TX 77098 | 5558 | $0.00 | $0.00 | $361.00 | $0.00 | $361.00 | $361.00 |
| MAH-HING, GREGORY K<br>26 RAMONA DRIVE<br>ORINDA, CA 94563 | 3265 | $0.00 | $0.00 | $4,650.00 | $9,475.74 | $14,125.74 | $4,650.00 |
| MAHONEY, JAMES R<br>19804 ROTHSCHILD COURT<br>ASHBURN, VA 20147 | 6953 | $0.00 | $0.00 | $303,762.89 | $0.00 | $303,762.89 | $303,762.89 |
| MAHONEY, JAMES R<br>19804 ROTHSCHILD COURT<br>ASHBURN, VA 20147 | 4020 | $0.00 | $0.00 | $4,650.00 | $2,350.00 | $7,000.00 | $4,650.00 |

Page 46

211

## IT Group
## SAP Reserve Amounts

| Name and Address of Claimant | Claim Number | Secured | Administrative | Claim Amount Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| MALAREK, ERIC J 1616 ELLIS COURT BEL AIR, MD 21015 | 5990 | $0.00 | $0.00 | $2,114.71 | $0.00 | $2,114.71 | $2,114.71 |
| MANAGEMENT SOLUTIONS 4321 SUMMIT DRIVE LA MESA, CA 91941 | 4276 | $59,792.00 | $0.00 | $0.00 | $0.00 | $59,792.00 | $59,792.00 |
| MANLEY & SONS TRUCKING, INC 8896 ELDER CREEK RD SACRAMENTO, CA 95828 | 2386 | $0.00 | $0.00 | $850.00 | $0.00 | $850.00 | $850.00 |
| MARCUM, DAVID W WALNUT ROAD, BOX 358 LAUGHLINTOWN, PA 15655 | 4819 | $0.00 | $0.00 | $3,543.63 | $0.00 | $3,543.63 | $3,543.63 |
| MARQUIS, EUGENE P 8990 S LONE ELDER ROAD CANBY, OR 97013 | 741 | $0.00 | $0.00 | $2,442.39 | $0.00 | $2,442.39 | $2,442.39 |
| MARSCHNER, RUDY RD #1  BOX 459A NEW BLOOMFIELD, PA 17068 | 6868 | $0.00 | $0.00 | $908.07 | $0.00 | $908.07 | $908.07 |
| MARTI, THOMAS R 114 WESTMINSTER DRIVE MARS, PA 16046 | 6954 | $0.00 | $0.00 | $119,616.08 | $0.00 | $119,616.08 | $119,616.08 |
| MARTIN SURVEY ASSOCIATES, INC PO BOX 448 3005 HOLLY SPRING PKWY, SUITE 101 HOLLY SPRINGS, GA 30142 | 2513 | $0.00 | $0.00 | $1,250.75 | $0.00 | $1,250.75 | $1,250.75 |

# IT Group

## SAP Reserve Amounts

In re: IT Group, Inc. et al.
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Secured | Administrative | Claim Amount Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| MATRIX TECHNOLOGY & THE ESTATE OF C/O CHRISTOPHER LEE PO BOX 222 HOPKINTON, MA 01748-0222 | 3686 | $0.00 | $0.00 | $12,000.00 | $0.00 | $12,000.00 | $12,000.00 |
| MATTFELD, ERIC 8606 NE DUDDLESON PORTLAND, OR 97220 | 1092 | $0.00 | $0.00 | $1,781.74 | $0.00 | $1,781.74 | $1,781.74 |
| MATUTE, ALBERT 99-419 PALAIALII WAY AIEA, HI 96701 | 4496 | $0.00 | $0.00 | $4,650.00 | $1,249.00 | $5,899.00 | $4,650.00 |
| MAYFIELD, DAVID W 7708 GREENGABLE LANE POWELL, TN 37849 | 4746 | $0.00 | $0.00 | $29,437.00 | $0.00 | $29,437.00 | $29,437.00 |
| MCCLENAHAN, ROBERT L 117 FORT UNION AVENUE LOS ALAMOS, NM 87544 | 5501 | $0.00 | $0.00 | $4,650.00 | $4,235.56 | $8,885.56 | $4,650.00 |
| MCINTOSH, WILLIAM H. 5231 OAKWOOD HILLS TRAIL SUWANEE, GA 30024 | 3072 | $0.00 | $0.00 | $2,400.06 | $0.00 | $2,400.06 | $2,400.06 |
| MCKINNEY, ROY F 13308 SUNSET CANYON NE ALBUQUERQUE, NM 87111 | 6229 | $0.00 | $0.00 | $13,503.87 | $0.00 | $13,503.87 | $13,503.87 |
| MCMURRAY, MARK B 210 GRANDVIEW AVE HAWLEY, PA 18428 | 547 | $0.00 | $0.00 | $4,650.00 | $482.82 | $5,132.82 | $4,650.00 |

Page 48

213

**IT Group**

**SAP Reserve Amounts**

In re: IT Group, Inc. et al.
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Secured | Administrative | Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| MCMURTRY, DAVID C<br>141 ARDMORE WAY<br>BENICIA, CA 94510 | 6955 | $0.00 | $0.00 | $77,184.85 | $0.00 | $77,184.85 | $77,184.85 |
| METROPOLITAN COUNCIL ENV SRVS<br>230 E 5TH<br>SAINT PAUL, MN 55101 | 6367 | $0.00 | $0.00 | $850.00 | $0.00 | $850.00 | $850.00 |
| METZINGER,CHARLES S<br>2130 FORREST ST<br>SACRAMENTO, CA 1229284 | 3506 | $0.00 | $0.00 | $3,101.49 | $0.00 | $3,101.49 | $3,101.49 |
| MEYER, WILLIAM C<br>1034 CALMAR DRIVE<br>JEANNETTE, PA 15644 | 5165 | $0.00 | $0.00 | $2,414.79 | $0.00 | $2,414.79 | $2,414.79 |
| MEYERS SCHONE, LINDA<br>1062 RED OAKS LOOP<br>ALBUQUERQUE, NM 87122 | 3040 | $0.00 | $0.00 | $2,694.49 | $0.00 | $2,694.49 | $2,694.49 |
| MIAMI DADE WATER & SEWER DEPT<br>PO BOX 330316<br>MIAMI, FL 33233-0316 | 1215 | $0.00 | $0.00 | $52.57 | $0.00 | $52.57 | $52.57 |
| MIAMI-DADE WATER & SEWER DEPT<br>PO BOX 330316<br>MIAMI, FL 33233-0316 | 6825 | $0.00 | $0.00 | $31.08 | $0.00 | $31.08 | $31.08 |
| MICHAEL, SARAH L<br>PO BOX 3098<br>LAREDO, TX 78044-3098 | 2742 | $0.00 | $0.00 | $7,000.00 | $0.00 | $7,000.00 | $7,000.00 |

Page 49

214

# IT Group

## SAP Reserve Amounts

In re: IT Group, Inc. et al.
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Secured | Administrative | Claim Amount Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| MONTI, THOMAS A JR<br>29302 DINKINS LOOP<br>LACOMBE, LA 70445 | 5250 | $0.00 | $0.00 | $1,268.66 | $0.00 | $1,268.66 | $1,268.66 |
| MOREKAS, GEORGEANN N<br>8233 CARRBRIDGE CIRCLE<br>BALTIMORE, MD 21204 | 5700 | $0.00 | $0.00 | $32,422.82 | $0.00 | $32,422.82 | $32,422.82 |
| MORRIS, SCOTT A<br>200 EDGEWOOD DRIVE<br>WEST PALM BEACH, FL 33405 | 2699 | $0.00 | $0.00 | $4,650.00 | $1,548.00 | $6,198.00 | $4,650.00 |
| MOSER, MARYJANE<br>113 S. IRENA AVENUE UNIT C<br>REDONDO BEACH, CA 90277 | 4843 | $0.00 | $0.00 | $971.67 | $0.00 | $971.67 | $971.67 |
| MUNICIPALITY OF ANCHORAGE<br>DEPT OF LAW<br>ATTN DANIEL A MOORE<br>PO BOX 196650<br>ANCHORAGE, AK 99510 6650 | 6948 | $1,363.93 | $0.00 | $0.00 | $0.00 | $1,363.93 | $1,363.93 |
| MUNYON, KELLY A<br>3 BLUEBELL COURT<br>SANTA FE, NM 87508 | 4527 | $0.00 | $0.00 | $4,650.00 | $627.51 | $5,277.51 | $4,650.00 |
| NEALON, MICHAEL S<br>2690 DORSET RIDGE TERRACE<br>POWHATAN, VA 23139 | 5220 | $0.00 | $0.00 | $4,650.00 | $6,881.11 | $11,531.11 | $4,650.00 |
| NELSON PERSONNEL SVCS<br>19080 LOMITA AVENUE<br>SONOMA, CA 95476 | 4370 | $0.00 | $0.00 | $4,609.54 | $0.00 | $4,609.54 | $4,609.54 |

Page 51

**IT Group**

**SAP Reserve Amounts**

In re: IT Group, Inc. et al .
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Secured | Administrative | Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| OLYMPIC CONSULTING GROUP LTD<br>2761 RIVA RIDGE ROAD<br>TOLEDO, OH 43615 | 5089 | $0.00 | $0.00 | $4,140.00 | $0.00 | $4,140.00 | $4,140.00 |
| ON SITE ENERGY CO, INC<br>40 CHARLOTTE AVENUE<br>HICKSVILLE, NY 11802 | 783 | $0.00 | $0.00 | $5,528.33 | $0.00 | $5,528.33 | $5,528.33 |
| ONEILL, EUGENE<br>2906 HOLME AVENUE<br>PHILADELPHIA, PA 19136 | 811 | $0.00 | $0.00 | $3,810.83 | $0.00 | $3,810.83 | $3,810.83 |
| PAGE, DENISE<br>48 JERICHO ROAS<br>HIGHBRIDGE, NJ 08829 | 3320 | $0.00 | $0.00 | $834.64 | $0.00 | $834.64 | $834.64 |
| PALKOWETZ, MICHAEL J<br>2312 KINGSWAY DRIVE<br>LEAGUE CITY, TX 77573 | 2639 | $0.00 | $0.00 | $3,153.00 | $0.00 | $3,153.00 | $3,153.00 |
| PANCOAST, MARK<br>18 NOTTINGHAM WAY<br>MT LAUREL, NJ 08054 | 228 | $0.00 | $0.00 | $1,405.46 | $0.00 | $1,405.46 | $1,405.46 |
| PARIS, WILLIAM C JR<br>22 FAIRWAY LANE<br>PLEASANTON, CA 94566 | 3046 | $0.00 | $0.00 | $50,335.98 | $0.00 | $50,335.98 | $50,335.98 |

Page 53

216

**IT Group**

**SAP Reserve Amounts**

In re: IT Group, Inc. et al.
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Secured | Administrative | Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| R&M ENVIROMENTAL & INFRASTRUCTURE ENGINEERING, INC 7901 OAKPORT STREET STE 4700 OAKLAND, CA 94621 | 85 | $0.00 | $0.00 | $9,595.80 | $0.00 | $9,595.80 | $9,595.80 |
| RAKERS, GREG R 5066 ALGONQUIN FOREST RD MILLSTADT, IL 62260 | 4731 | $0.00 | $0.00 | $3,631.94 | $0.00 | $3,631.94 | $3,631.94 |
| RANDALL JR, WILLIAM A 1320 KNOLLWOOD DRIVE MONROEVILLE, PA 15146 | 5018 | $0.00 | $0.00 | $2,042.53 | $0.00 | $2,042.53 | $2,042.53 |
| RARITAN BUILDING SERVICES CORP 95 NEWFIELD AVE PO BOX 6011 EDISON, NJ 08818-6011 | 2131 | $0.00 | $0.00 | $12,987.03 | $0.00 | $12,987.03 | $12,987.03 |
| REALITY ASSOCIATES FUND III C/O BLOCK & CO INC REALTORS PO BOX 803859 KANSAS CITY, MO 64180-3859 | 3074 | $0.00 | $0.00 | $13,111.94 | $0.00 | $13,111.94 | $13,111.94 |
| REDWINE, JAMES M 4084 LETORT LANE ALLISON PARK, PA 15101 | 4822 | $0.00 | $0.00 | $4,650.00 | $30,322,179.13 | $30,326,829.13 | $4,650.00 |
| RICCIO, FLORENCE T 27 GERALDINE ROAD EAST WINDSOR, NJ 95664 | 5955 | $0.00 | $0.00 | $1,197.50 | $0.00 | $1,197.50 | $1,197.50 |
| RICE, FRANK C 272 SAUNDERS STATION ROAD TRAFFORD, PA 15085 | 2487 | $0.00 | $0.00 | $3,747.62 | $0.00 | $3,747.62 | $3,747.62 |

Page 58

# IT Group
## SAP Reserve Amounts

In re: IT Group, Inc. et al .
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Secured | Administrative | Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| SANTA FE SERVICES, INC 142 LINCOLN AVENUE STE 205 SANTA FE, NM 87501 | 2296 | $0.00 | $0.00 | $4,650.00 | $613.80 | $5,263.80 | $4,650.00 |
| SANTUCCI, FREDERICK J 421 WEST MAIN STREET LOCK HAVEN, PA 17745 | 833 | $0.00 | $0.00 | $4,650.00 | $5,575.47 | $10,225.47 | $4,650.00 |
| SC CONTROLS, INC 1366 HERITAGE COURT ESCONDIDO, CA 92027 | 2595 | $0.00 | $0.00 | $521.45 | $0.00 | $521.45 | $521.45 |
| SCHEIDT, CHARLES E CIBC WORLD MARKETS, CUST 520 E 90TH STREET, APT 2K NEW YORK, NY 10128-7886 | 6251 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | $10,000.00 |
| SCHRAGE, MARJORIE 1495 VALLEY VIEW NORCO, CA 91760 | 1989 | $0.00 | $0.00 | $920.00 | $0.00 | $920.00 | $920.00 |
| SCHRAGE, MARJORIE 1495 VALLEY VIEW NORCO, CA 91760 | 1988 | $0.00 | $0.00 | $87.00 | $0.00 | $87.00 | $87.00 |
| SCHULZ, MICHAEL G 2 MONTE VISTA COURT PLACITAS, NM 87043 | 2834 | $0.00 | $0.00 | $4,271.22 | $0.00 | $4,271.22 | $4,271.22 |
| SEAMAN, WILLIAM D JR 515 GLEN HEIGHTS AVE GLEN BURNIE, MD 98339 | 5787 | $0.00 | $0.00 | $3,817.07 | $0.00 | $3,817.07 | $3,817.07 |

Page 60

218

# IT Group

## SAP Reserve Amounts

| Name and Address of Claimant | Claim Number | Secured | Administrative | Claim Amount Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| SKY BANK C/O DODARO KENNEDY & CAMBEST 1001 ARDMORE BLVD STE 100 PITTSBURGH, PA 15221 | 381 | $10,179.86 | $0.00 | $0.00 | $352,751.27 | $362,931.13 | $10,179.86 |
| SLOBADA, TAMARA L 335 BLACK OAK DRIVE NATRONA HEIGHTS, PA 15065 | 5182 | $0.00 | $0.00 | $2,458.34 | $0.00 | $2,458.34 | $2,458.34 |
| SMITH, GORDON B. 9613 W. MEDALLION DR. BOISE, ID 83709 | 1095 | $0.00 | $0.00 | $6,163.75 | $4,200.19 | $10,363.94 | $6,163.75 |
| SMITH, KEVIN R 213 SHADYBROOK TRAIL HENDERSONVILLE, NC 28739 | 6956 | $0.00 | $0.00 | $213,483.31 | $0.00 | $213,483.31 | $213,483.31 |
| SMITH, PAUL D BOX 135 BLACKLICK, PA 15716 | 5000 | $0.00 | $0.00 | $4,650.00 | $39,803.16 | $44,453.16 | $4,650.00 |
| SMITH, SEAN K. 155 OSPREY POINTE KINGSTON, TN 37763 | 2926 | $0.00 | $0.00 | $4,650.00 | $6,698.38 | $11,348.38 | $4,650.00 |
| SMYTH, ANITA R CATE 8299 SW 159TH PLACE BEAVERTON, OR 97007-5866 | 1112 | $0.00 | $0.00 | $2,101.89 | $0.00 | $2,101.89 | $2,101.89 |
| SNYDER, MARK P 2115 DANA ST POCATELLO, ID 83201 | 1037 | $0.00 | $0.00 | $3,412.24 | $0.00 | $3,412.24 | $3,412.24 |

**IT Group**

**SAP Reserve Amounts**

In re: IT Group, Inc. et al.
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Secured | Administrative | Claim Amount Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| SOOSE, HARRY J JR<br>3302 LAUREL DRIVE<br>GLENSHAW, PA 15116 | 4094 | $0.00 | $0.00 | $4,650.00 | $35,705.20 | $40,355.20 | $4,650.00 |
| SPACE CENTER INC<br>1579 E 21ST STREET<br>TULSA, OK 74114 | 1255 | $0.00 | $39,333.58 | $0.00 | $4,057.49 | $43,391.07 | $39,333.58 |
| SPRINT<br>M/S KSOPHH0516-5A622<br>6180 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251-1666 | 746 | $0.00 | $0.00 | $399.99 | $0.00 | $399.99 | $399.99 |
| STARRETTE, KATHERINE N<br>4638 GEORGETOWN PLACE<br>VIRGINIA BEACH, VA 23455 | 5097 | $0.00 | $0.00 | $640.29 | $0.00 | $640.29 | $640.29 |
| STARS N STRIPES TELECOM<br>1373 S BASCOM AVENUE<br>SAN JOSE, CA 95128 | 5844 | $0.00 | $0.00 | $150.00 | $0.00 | $150.00 | $150.00 |
| STATE FARM INC<br>PO BOX 11950<br>MONROE, LA 71211 | 2109 | $0.00 | $0.00 | $8,208.91 | $0.00 | $8,208.91 | $8,208.91 |
| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>ATTN MARK THORESEN<br>SACRAMENTO, CA 95812-2952 | 6968 | $0.00 | $0.00 | $14,748.44 | $0.00 | $14,748.44 | $14,748.44 |
| STATE OF CALIFORNIA STATE BOARD OF<br>EQUALIZATION<br>SPECIAL PROCEDURES SECTION MIC 55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-6029 | 2809 | $0.00 | $0.00 | $10,331.00 | $0.00 | $10,331.00 | $10,331.00 |

**IT Group**

**SAP Reserve Amounts**

| Name and Address of Claimant | Claim Number | Secured | Administrative | Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| | | | | Claim Amount | | | |
| STOVER, JEFFREY SEAN<br>540 HARVEY WAY<br>BAY POINT, CA 94565 | 674 | $0.00 | $0.00 | $3,578.25 | $0.00 | $3,578.25 | $3,578.25 |
| STRAUSS LOCK COMPANY    URBI/A<br>PO BOX 42367<br>URBANDALES, IA 50323 | 1847 | $0.00 | $0.00 | $222.04 | $0.00 | $222.04 | $222.04 |
| STREETER, DAVID W<br>1640 WEST STATE ROAD RR3<br>ELIDA, OH 45807 | 3593 | $0.00 | $0.00 | $4,650.00 | $7,968.73 | $12,618.73 | $4,650.00 |
| SUBURBAN LODGES OF AMERICA<br>CENTRAL ACCOUNTS RECEIVABLES<br>300 GALLERIA PKWY<br>ATLANTA, GA 30353-0109 | 5007 | $0.00 | $0.00 | $298.34 | $0.00 | $298.34 | $298.34 |
| SULLIVAN, KEVIN M<br>421 GRENACHE CIRCLE<br>CLAYTON, CA 94517 | 4738 | $0.00 | $0.00 | $8,781.70 | $0.00 | $8,781.70 | $8,781.70 |
| SUN STATE FIRE EXTINGUISHER SVC<br>PO BOX 1257<br>LAKE WALES, FL 33859-1257 | 2376 | $0.00 | $0.00 | $909.52 | $0.00 | $909.52 | $909.52 |
| SUTTON, GARY<br>RR #3 BOX 3388<br>NICHOLSON, PA 18446 | 5943 | $0.00 | $0.00 | $4,650.00 | $530.00 | $5,180.00 | $4,650.00 |
| SWART, JOHANN<br>1507 SE 186TH COURT<br>VANCOUVER, WA 98683 | 902 | $0.00 | $0.00 | $650.98 | $0.00 | $650.98 | $650.98 |

Page 69

## IT Group
## SAP Reserve Amounts

In re: IT Group, Inc. et al -
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Secured | Administrative | Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| WILSON, MICHELLE<br>11415 SW 135TH AVE #153<br>TIGARD, OR 97223 | 1114 | $0.00 | $0.00 | $914.03 | $0.00 | $914.03 | $914.03 |
| WINTHEISER, STEVEN D<br>2777 JENNIFER DRIVE<br>BRIGHTON, MI 1228979 | 5790 | $0.00 | $0.00 | $4,608.87 | $0.00 | $4,608.87 | $4,608.87 |
| WITZEL YANEZ DESIGN<br>5771 MARSHALL DRIVE<br>HUNTINGTON BEACH, CA 92649 | 6705 | $0.00 | $0.00 | $6,650.60 | $0.00 | $6,650.60 | $6,650.60 |
| WOOD, RONDA<br>13859 SW 159TH TERR<br>TIGARD, OR 97223 | 1119 | $0.00 | $0.00 | $1,501.91 | $0.00 | $1,501.91 | $1,501.91 |
| WORLDWIDE RENTAL SERVICES<br>2951 CHAMBERS ROAD<br>AURORA, CO 80011 | 2244 | $80,701.88 | $0.00 | $0.00 | $0.00 | $80,701.88 | $80,701.88 |
| XPEDX KNOXVILLE/DILLARD<br>PO BOX 50008<br>KNOXVILLE, TN 379500008 | 1645 | $0.00 | $0.00 | $760.05 | $0.00 | $760.05 | $760.05 |
| YACOUB, JEANNE A<br>755 PINE LEAF COURT<br>ALPHARETTA, GA 30022 | 2289 | $0.00 | $0.00 | $3,488.42 | $0.00 | $3,488.42 | $3,488.42 |
| YAMAMOTO, LEONARD O<br>12225 BRASSICA STREET<br>SAN DIEGO, CA 92129 | 734 | $0.00 | $0.00 | $67,910.72 | $0.00 | $67,910.72 | $67,910.72 |

Page 74

222

**IT Group**

**SAP Reserve Amounts**

In re: IT Group, Inc. et al.
Case No. 02-10118 (MFW)

| Name and Address of Claimant | Claim Number | Secured | Administrative | Claim Amount Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| YARD, KEVIN D<br>3817 ACAPULCO COURT<br>IRVING, TX 75062 | 5354 | $0.00 | $0.00 | $4,650.00 | $415.36 | $5,065.36 | $4,650.00 |
| YEH, JOHN T<br>98-1361 KOAHEAHE PLACE #116<br>PEARL CITY, HI 96782-3082 | 2655 | $0.00 | $0.00 | $1,656.87 | $0.00 | $1,656.87 | $1,656.87 |
| YOSHIOKA, MICHELLE C<br>98-1781C KAAHUMANU ST #70C<br>AIEA, HI 96701 | 5821 | $0.00 | $0.00 | $2,730.47 | $0.00 | $2,730.47 | $2,730.47 |
| YOUNG, TERESA K<br>2190 W 13520 S<br>RIVERTON, UT 84065 | 4168 | $0.00 | $0.00 | $648.24 | $0.00 | $648.24 | $648.24 |
| YUAN, HENRY H.<br>8905 STRAW FLOWER DRIVE<br>KNOXVILLE, TN 37922 | 5505 | $0.00 | $0.00 | $4,650.00 | $16,350.00 | $21,000.00 | $4,650.00 |
| ZAMKOTOWICZ, MARC<br>617 BRADLEY COURT<br>MOUNT LAUREL, NJ 08054 | 705 | $0.00 | $0.00 | $3,734.00 | $0.00 | $3,734.00 | $3,734.00 |
| ZANG, STUART R<br>34 PLEASANT HILL RD<br>OWINGS MILLS, MD 21117 | 29 | $0.00 | $0.00 | $2,112.99 | $0.00 | $2,112.99 | $2,112.99 |
| ZANG, STUART R<br>34 PLEASANT HILL RD<br>OWINGS MILLS, MD 21117 | 1556 | $0.00 | $0.00 | $1,277.66 | $0.00 | $1,277.66 | $1,277.66 |

Page 75

IT Group

SAP Reserve Amounts

| Name and Address of Claimant | Claim Number | Secured | Administrative | Priority | Unsecured | Total | Reserve Amount |
|---|---|---|---|---|---|---|---|
| ZORATTO, ENZO ET AL. C/O ROTHMAN GORDON, PC ATTN PAUL R YAGELSKI, ESQ THIRD FLOOR GRANT BLDG PITTSBURGH, PA 15219 | 6563 | $0.00 | $0.00 | $4,650.00 | $58,493.33 | $63,143.33 | $4,650.00 |
| **Claims To Be Expunged Totals** | 596 | $3,756,977.64 | $8,294,061.28 | $7,806,055.30 | $37,055,252.53 | $56,912,346.75 | $19,857,094.22 |

Page 76

224