EXHIBIT "14"

235 A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| THE IT GROUP, INC., et al., | Bankruptcy Case No. 02-10118-MFW |
| Debtors. | |
| JOHN ACCARDI, et al., | |
| Appellants, | |
| v. | Civil Action No. 04-146-JJF |
| IT CORPORATION, et al., | **CONSOLIDATED** |
| Appellees. | |
| ROCHELLE BOOKSPAN, | |
| Appellant, | |
| v. | |
| THE IT GROUP, INC, et al., | |
| Appellees. | |

FINAL ORDER

At Wilmington, this 31 day of March 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED THAT:

1. The February 3, 2004 Order of the Bankruptcy Court dismissing with prejudice the adversary proceeding captioned as John Accardi, et al., v. IT Corporation, et al., Adv. No. 02-05486-MFW is AFFIRMED.

2. The February 26, 2004 Order of the Bankruptcy Court dismissing the adversary proceeding captioned as The IT Group,

<u>Inc., et al. v. Rochelle Bookspan</u>, Adv. No. 02-4756-MFW is

AFFIRMED.

_____
UNITED STATES DISTRICT JUDGE

CERTIFIED: 8/5/05
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK

BY _____
Deputy Clerk

10

237