EXHIBIT "21"

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - x
                   :
In re:              :Chapter 11
                   :
THE IT GROUP, INC.,    :Case No. 02-10118 (MFW)
     et al.,           :
                   :Jointly Administered
          Debtors.   :
                   :
- - - - - - - - - - - - - - - x

### DEBTORS' RESPONSES TO INTERROGATORIES
### OF ROCHELLE BOOKSPAN

The IT Group, Inc. ("IT Group") and certain of its subsidiaries and affiliates (the "Affiliate Debtors"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby respond, pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure (the "Federal Rules"), Rules 7026, 7033 and 7034 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules for the District of Delaware (the "Local Rules") to the request for production of documents and the interrogatories (collectively, the "Requests")of Rochelle Bookspan as follows:

Accounting (assisted in preparing Answers to Interrogatories 4, 5, 6, and 7), and Madison Cashman, Esq.

INTERROGATORY NO. 2:

Identify all persons who have been or who currently are trustees or administrators of the Trust and/or the Plan, along with the dates the person was a trustee or administrator. Please state whether each such person is or was an insider of the Debtor and, if so, in what capacity such person was an insider.

RESPONSE TO INTERROGATORY NO. 2:

Objection: The request to identify whether named individuals are insiders calls for a legal conclusion.

Subject to, and without waiving, the General Objections, the Debtors state that they have produced documents to Bookspan responsive to this Request. The Debtors review of their records is ongoing and the Debtors reserve their rights to supplement this Response if necessary.

The Debtors have been unable to verify the identity of the Administrative Committee from the Plan's inception on January 1, 1996 and prior to the appointment of Ann P. Harris, James G. Kirk and Harry Soose on August 16, 1999; however, an internal reference summary of the Plan dated January 1996 states that the "Plan shall be administered by a three-member committee consisting of incumbents from the following management positions: Chief

4

Legal Officer, Chief Financial Officer, Corporate Direc-
tor, Human Resources." Because there were changes in the
incumbents of these management positions from January
1996 to August 1999, and the Debtors have been unable to
locate any document identifying members serving on the
Committee during that time, the Debtors cannot verify
Committee activity until the appointment of Ms. Harris,
Mr. Kirk and Mr. Soose in August 1999; all of whom were
all officers of the company.

INTERROGATORY NO. 3:
        Identify all persons who have been or who
currently are trustees or administrators of the Trust
and/or the Plan, along with the dates the person was a
trustee or administrator.  Please state whether each such
person is or was an insider of the Debtor and, if so, in
what capacity such person was an insider.

RESPONSE TO INTERROGATORY NO. 3:

        Objection.  The request to identify whether
named individuals are insiders calls for a legal conclu-
sion.

        Subject to, and without waiving, the General
Objections, the Debtors state that they have produced
documents to Bookspan responsive to this Request.  The
Debtors review of their records is ongoing and the Debt-
ors reserve their rights to supplement this Response if
necessary.

5

with applicable laws when drafted by counsel, Gibson,

Dunn.

Dated:    Wilmington, Delaware
          April 6, 2002

                    David S. Kurtz
                    Timothy R. Pohl
                    SKADDEN, ARPS, SLATE,
                    MEAGHER & FLOM (ILLINOIS)
                    333 West Wacker Drive
                    Chicago, Illinois 60606
                    (312) 407-0700

                        - and -

                    *Madison L. Cashman*
                    ───────────────────────
                    Gregg M. Galardi (I.D. No. 2991)
                    Marion M. Quirk (I.D. No. 4136)
                    Gary A. Rubin (I.D. No. 4140)
                    Madison L. Cashman (I.D. No. 4079)
                    SKADDEN, ARPS, SLATE, MEAGHER
                        & FLOM LLP
                    One Rodney Square
                    P.O. Box 636
                    Wilmington, Delaware 19899
                    (302) 651-3000

                    Attorneys for Debtors and
                      Debtors-in-Possession

313

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - -x
                   :

In re:               :Chapter 11
                   :

THE IT GROUP, INC.,    :Case No. 02-10118 (MFW)
    et al.,          :
                   :Jointly Administered

           Debtors.  :
                   :

- - - - - - - - - - - - - -x

## VERIFICATION

I, Ann P. Harris, have read the Answer and Objection to Rochelle Bookspan's Interrogatories in this action and state that the information contained therein is correct to the best of my knowledge, information or belief. I am authorized by IT Corporation to make this verification. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2002.

_Ann P. Harris_
Ann P. Harris

12

314