EXHIBIT "25"

# United States Court of Appeals for the Third Circuit

**Local Appellate Rules**

**January 2002**

**27.6** <u>**Motions Decided By The Clerk**</u>

If the court so orders, the clerk may entertain and dispose of any motion that can ordinarily be disposed of by a single judge of this court under the provisions of FRAP 27(c) and 3rd Cir. LAR 27.5, provided the subject of the motion is ministerial, relates to the preparation or printing of the appendix and briefs on appeal, or relates to calendar control.  If application is promptly made, the action of the clerk may be reviewed in the first instance by a single judge or by a panel of the court.

| | |
|---|---|
| Source: | 1988 Court Rule 11.5 |
| Cross-references: | FRAP 27 |
| Committee Comments: | No substantive change from prior Court Rule 11.5 is intended. |

**27.7** <u>**Motions in Which Expedited Consideration is Requested**</u>

If the court or clerk determines that a motion requires expedited consideration, the court or the clerk shall direct that a response in opposition, if any, must be filed within seven (7) days after service of the motion and any reply within three (3) days after service of the response unless a shorter time is directed by the court or clerk.  Service of documents filed under this rule, including the initial motion shall be in accordance with L.A.R. 27.2 unless the court or clerk directs that a more expeditious method of service be used.  To the fullest extent possible, the clerk should be given advance notice that a motion requiring expedited consideration may be filed.

| | |
|---|---|
| Source: | New Provision |
| Cross-references: | LAR 8.0 |
| Committee Comments: | Section 27.7 was added to clarify procedures for expedited motions. |