**DECLARATION OF SERVICE**

I, **Thomas A. Johnson**, declare under penalty of perjury that that on October 13, 2005, a true and correct copy of the document captioned:

**EMERGENCY MOTION FOR SUPPLEMENTAL ORDER CLARIFIYING/RECONSIDERING MEMORANDUM ORDER STAYING DENIAL OF STAY**

was served upon the persons listed on the attached Exhibit "A" in the manner indicated, postage prepaid.

Dated: October 13, 2005
Santa Barbara, California

*/s/ Thomas A. Johnson*
_____
Thomas A. Johnson