**Exhibit A:**

**Attorneys for the IT Litigation Trust, Successor in Interest to The IT Group, Inc., IT Corporation, and 68 affiliates/ subsidiaries in bankruptcy:**
Ileana Cruz, Esq.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Miami  FL  33131-2352
Fax: (305) 358-5744
**Via Fax**

Jeffrey Schlerf, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Fax: (302) 658-6395
**Via Fax**

**Attorneys for Carlyle Partners II, LP**
Thomas Patten, Esq.
Latham & Watkins
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Fax: (202) 637-2201
**Via Fax**

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
PO Box 551
Wilmington, DE  19899
Fax: (302) 784-7063
**Via Fax**

**Attorneys for Anthony DeLuca**
Mark A. Willard, Esq.
Eckard, Seamans, Cherin
  & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Fax: (412) 566-6099
**Via Fax**

Ronald S. Gellert, Esq.
Eckert Seamans Cherin
  & Mellott LLC
4 E 8th St Ste 200
Wilmington, De 19801
Fax: (302) 425-0432
**Via Fax**

**Attorneys for Francis J. Harvey**
Michael J. Prame, Esq.
Groom Law Group
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5893
Fax (202) 659-4503
**Via Fax**

Thomas G. Macauley, Esq.
Zuckerman Spader LLP
919 Market Street, Suite 1705
P.O. Box 1028
Wilmington, DE 19899
Fax: (302) 427-8242
**Via Fax**

**Attorneys for Harry J. Soose**
Charles A. DeMonaco, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, Pa 15222-5402
Fax: (412) 392-5367
**Via Fax**

Roger D. Anderson, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Fl.
P.O. Box 410
Wilmington, DE 19899
Fax: (302) 652-8405
**Via Fax**

**Not a party to appeal:**
**United States Trustee**:
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, De 19801
Fax: 302-573-6491
**Via U.S. Mail**