## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **THE IT GROUP, INC.,** *et al.* | Bankruptcy Case No. 02-10118 (MFW) |
| Post-Confirmation Estate. | Jointly Administered |

---

**JOHN ACCARDI,** *et al.,*

      Movants/Appellants,

   v.

**IT LITIGATION TRUST, successor in interest to IT CORPORATION, IT GROUP, INC., and their subsidiaries in bankruptcy, ANTHONY DeLUCA, FRANCIS HARVEY, HARRY SOOSE, and CARLYLE PARTNERS II, LP,** *et al.,*

      Respondents/Appellees.

Civ. No:  04-146 (JJF) (lead case)
[consolidated with Civ. No. 04-147 (JJF)]

---

**ROCHELLE BOOKSPAN**,

      Movant/Appellant,

   v.

**IT LITIGATION TRUST, successor in interest to THE IT GROUP, INC.,** *et al.,*

      Respondents/Appellees.

**NOTICE OF WITHDRAWAL OF EMERGENCY *EX-PARTE* REQUEST OF THE ACCARDI APPELLANTS AND ROCHELLE BOOKSPAN FOR TEMPORARY STAY OF ORDER RELEASING IT TRUSTEE FROM RESERVE ORDER AND AUTHORIZING DISTRIBUTION OF SCHEDULE C-1 RESERVE, AND FOR ORDER SETTING BRIEFING SCHEDULE; MOTION FOR STAY, PENDING APPEAL, OF ENFORCEMENT OF ORDERS DISMISSING ADVERSARY PROCEEDINGS, OF ORDER RELEASING IT TRUSTEE FROM RESERVE ORDER AND AUTHORIZING DISTRIBUTION OF SCHEDULE C-1 RESERVE; REQUEST IN THE ALTERNATIVE FOR TEMPORARY STAY PENDING FILING OF REQUEST FOR EMERGENCY STAY WITH UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

The Accardi Appellants and Rochelle Bookspan hereby withdraw their emergency motion

that was filed on October 13, 2005 (D.I. 39) captioned: "Emergency Ex-Parte Request of the

Accardi Appellants and Rochelle Bookspan for Temporary Stay of Order Releasing

IT Trustee From Reserve Order and Authorizing Distribution of Schedule C-1 Reserve, and

for Order Setting Briefing Schedule; Motion For Stay, Pending Appeal, of Enforcement of

Orders Dismissing Adversary Proceedings, of Order Releasing IT Trustee from Reserve

Order and Authorizing Distribution of Schedule C-1 Reserve; Request In the Alternative for

Temporary Stay Pending Filing of Request for Emergency Stay with United States Court of

Appeals for The Third Circuit."

Dated: Santa Barbara, California
      October 15, 2005

/s/ Thomas A. Johnson      .
Thomas A. Johnson (Cal. Bar 158270)
Law Offices of Thomas A. Johnson
33 West Mission St., Suite 201
Santa Barbara, CA 93101
(805) 682-2600

/s/ John Stull      .
John M. Stull
1300 N. Market Street
Wilmington, DE 19899-1947
(302) 654-0399

Attorneys for *Accardi Appellants and Rochelle Bookspan*