DECLARATION OF SERVICE

I, **Thomas A. Johnson**, hereby declare under penalty of perjury that that on October 15, 2005, a true and correct copy of the document captioned:

**NOTICE OF WITHDRAWAL OF EMERGENCY *EX-PARTE* REQUEST OF THE ACCARDI APPELLANTS AND ROCHELLE BOOKSPAN FOR TEMPORARY STAY OF ORDER RELEASING IT TRUSTEE FROM RESERVE ORDER AND AUTHORIZING DISTRIBUTION OF SCHEDULE C-1 RESERVE, AND FOR ORDER SETTING BRIEFING SCHEDULE; MOTION FOR STAY, PENDING APPEAL, OF ENFORCEMENT OF ORDERS DISMISSING ADVERSARY PROCEEDINGS, OF ORDER RELEASING IT TRUSTEE FROM RESERVE ORDER AND AUTHORIZING DISTRIBUTION OF SCHEDULE C-1 RESERVE; REQUEST IN THE ALTERNATIVE FOR TEMPORARY STAY PENDING FILING OF REQUEST FOR EMERGENCY STAY WITH UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

was served upon the persons listed on the attached Exhibit "A" in the manner indicated.

Dated: October 15, 2005
Santa Barbara, California

*/s/ Thomas A. Johnson*
————————————————
Thomas A. Johnson