UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 17, 2005
# E-5-E

Action requested by 10/17/05

No. 05-2191

IN RE: IT GROUP, INC., Debtor

JOHN ACCARDI, et al, Appellants

v.

IT LITIGATION TRUST, INC., et al

(District of Delaware -DC No. 04-CV-146)

**PRESENT:** SCIRICA, Chief Judge

1). Emergency Ex-Parte Motion by Appellants and Rochelle Bookspan for Temporary Stay of Bankruptcy Court Order Releasing IT Litigation Trustee from Reserve Requirement and Authorizing Distribution of Schedule C-1 Reserve; and for Order Setting Forth Briefing Schedule; and for Stay Pending Appeal, of Enforcement of Order Dismissing Adversary Proceedings, of Order Releasing IT Litigation Trustee.

Carolyn Hicks, Case Manager
267-299-4926

**O R D E R**

**The foregoing** Motion for a temporary stay is granted. It appears that the District Court intended to stay the order authorizing distribution of Schedule C-1 Reserve as stated in its October 13, 2005 order. However, as there may be some confusion regarding the language of the order, a temporary stay is granted pending further order of this Court. The motion for stay will be submitted to a full motions panel. Appellees are directed to file responses to the motion within 3 days from the date of this order.

**By the Court,**
 /s/ Anthony J. Scirica
**Chief Judge**

**Dated:** October 17, 2005

A True Copy:

Marcia M. Waldron, Clerk

No. 05-2191
IN RE: IT Group, Inc., Debtor
Page 2

CH/cc: Thomas A. Johnson, Esq.
      John M. Stull, Esq.
      Jeffrey M. Schlerf, Esq.
      Ileana A. Cruz, Esq.
      John K. Cunningham, Esq.
      Mark D. Collins, Esq.
      Jason M. Madron, Esq.
      Thomas L. Patten, Esq.
      Ronald S. Gellert, Esq.
      Mark A. Willard, Esq.
      Delia B. Bianchin, Esq.
      Sandra R. Mihok, Esq.
      Michael J. Prame, Esq.
      Charles A. DeMonaco, Esq.