## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

#C-8-E

October 20, 2005

No. 05-2191

IN RE: IT GROUP, INC., Debtor

JOHN ACCARDI, et al, <u>Appellants</u>

v.

IT LITIGATION TRUST, INC., et al

MARK S. KENNY, Trustee

(District of Delaware -DC No. 04-CV-146)

PRESENT: BARRY, SMITH and NYGAARD, <u>Circuit Judges</u>

1). Emergency Ex-Parte Motion by Appellants and Rochelle Bookspan for Temporary Stay of Bankruptcy Court Order Releasing IT Litigation Trustee from Reserve Requirement and Authorizing Distribution of Schedule C-1 Reserve; and for Order Setting Forth Briefing Schedule; and for Stay Pending Appeal, of Enforcement of Order Dismissing Adversary Proceedings, of Order Releasing IT Litigation Trustee.

2). Response by Appellees Anthony J. Deluca, Francis J. Harvey, Harry J. Soose, and Carlyle Partners II in Opposition.

3). Response by Appellee The IT Litigation Trust Trustee's Objecting to Emergency Motion.

_____

Carolyn Hicks, Case Manager
267-299-4926

Copy of Court Order dated 10/17/05 Referring
to a Full Motions Panel.

No. 05-2191
In Re: IT Group, Inc., Debtor
Page 2

**ORDER**

The foregoing motion for a stay is DENIED.

By the Court,

/s/ **Maryanne Trump Barry**
Circuit Judge

Dated: November 30, 2005

A TRUE COPY:

*[signature]*
ACTING CLERK

CH/cc: Thomas A. Johnson, Esq.
John M. Stull, Esq.
Jeffrey M. Schlerf, Esq.
Ileana A. Cruz, Esq.
John K. Cunningham, Esq.
Mark D. Collins, Esq.
Jason M. Madron, Esq.
Thomas L. Patten, Esq.
Ronald S. Gellert, Esq.
Mark A. Willard, Esq.
Delia B. Bianchin, Esq.
Sandra R. Mihok, Esq.
Michael J. Prame, Esq.
Charles A. DeMonaco, Esq.