OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

|  | FOR THE THIRD CIRCUIT | |
|---|---|---|
| Marcia M. Waldron | 21400 United States Courthouse | Telephone |
| Clerk | 601 Market Street | 267-299-4926 |
|  | Philadelphia PA 19106-1790 | |

www.ca3.uscourts.gov

June 16, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street, Lockbox 18
Wilmington, DE  19801

RE: Docket No. 05-2191
     In Re: IT Grp Inc
     No. 04-cv-00146

Dear Mr. Dalleo:

     Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

     Kindly acknowledge receipt for same on the enclosed copy of this letter.

     Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                              Very truly yours,
                              MARCIA M. WALDRON, Clerk

                         By:  Carolyn Hicks, Case Manager

Enclosure
cc:       Thomas A. Johnson, Esq.      John M. Stull, Esq.
          Jeffrey M. Schlerf, Esq.     Ileana A. Cruz, Esq.
          John K. Cunningham, Esq.     Mark D. Collins, Esq.
          Jason M. Madron, Esq.        Thomas L. Patten, Esq.
          Ronald S. Gellert, Esq.      Mark A. Willard, Esq.
          Delia B. Bianchin, Esq.      Sandra R. Mihok, Esq.
          Michael J. Prame, Esq.       Charles A. DeMonaco, Esq.
          Deborah C. Sellis, Esq.