UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 21, 2006

No. 05-2191

IN RE: IT GROUP, INC., Debtor

JOHN ACCARDI, et al,
<u>Appellants</u>

v.

IT LITIGATION TRUST, INC., et al

MARK S. KENNY, Trustee
(District of Delaware - DC Civil No. 04-cv-146)

PRESENT: RENDELL and SMITH*, <u>Circuit Judges</u>

Uncontested Motion by United States Trustee requesting that the Court issue an Order Amending the Opinion and Caption to delete the reference to "Mark S. Kenny, Trustee."

                                            Carolyn Hicks, Case Manager
                                            267-299-4926

*The Honorable Edward R. Becker, was the Third Member of the Panel. Judge Becker died May 19, 2006.

**O R D E R**

The foregoing motion is GRANTED.

                                            By the Court,

                                            /s/Marjorie O. Rendell
                                            Circuit Judge

Dated: July 10, 2006

**A True Copy:**

Marcia M. Waldron, Clerk

No. 05-2191
IN RE: IT GROUP, INC., Debtor
Page 2


CH/cc: Thomas A. Johnson, Esq.
      John M. Stull, Esq.
      Jeffrey M. Schlerf, Esq.
      Ileana A. Cruz, Esq.
      John K. Cunningham, Esq.
      Mark D. Collins, Esq.
      Jason M. Madron, Esq.
      Thomas L. Patten, Esq.
      Ronald S. Gellert, Esq.
      Mark A. Willard, Esq.
      Delia B. Bianchin, Esq.
      Sandra R. Mihok, Esq.
      Michael J. Prame, Esq.
      Charles A. DeMonaco, Esq.